IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE THE MATTER OF: | ) | |
| | ) | CHAPTER 13 |
| WADE & SHERYL CAMPBELL | ) | |
| | ) | CASE NO. 08-30136 |
| Debtor(s) | ) | |

## AMENDED OBJECTION TO CLAIM NO. 3 OF COMALA CREDIT UNION

COME NOW the Debtors, by and through attorney, and hereby file an objection to the Objection to **Claim 3 of Comala Credit Union** and as grounds for said Objection will state as follows:

1. On, to wit, the January 24th, 2008, the Debtor filed a chapter 13 case listing **Comala Credit Union as a secured creditor secured by a 2004 Dodge Stratus with a debt of $11,625.00, said vehicle being surrendered in the bankruptcy action.**

2. The creditor filed a proof of claim in the above styled cause of action on 22nd day of February, 2008, filed a proof of claim in the amount of $11,625.58, the total debt owed on the vehicle.

3. The proof of claim sets out that this is an unsecured claim and list the Title and the entire debt owed on the vehicle. the vehicle has been repossessed since the date of the proof of claim and no proper credit has been given for the disposition of the vehicle.

Of Counsel:

SHINBAUM, MCLEOD & CAMPBELL

P.O. Box 201

Montgomery, AL 36101

(334) 269-4440

(fax) 263-4096

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this day: May 27, 2009.

Hon. Curtis C. Reding
Trustee in Chapter 13
P.O. Box 173
Montgomery, AL 36101
(Electronic Mail)

Leonard N. Math, Esq.
P O Box 230759
Montgomery, Alabama 36123-0759

/s/Richard D. Shinbaum
Richard D. Shinbaum

4. This claim is due to be disallowed in the amount filed and allowed in the proper deficiency amount, and/or if the vehicle has not been disposed the claim is do to be reduced to $0.and treated as an unsecured claim.

WHEREFORE, the premises considered, the Debtors object to **Claim 3 of Comala Credit Union and request that the claim be disallowed as filed and/or reduced to the proper amount.**

DONE this day: April 16, 2009.

/s/Richard D. Shinbaum
Richard D. Shinbaum
Attorney for the Debtor